[No. 41443-1-II. Division Two. July 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGIE LEE DERENOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00311-3, George L. Wood, J., entered October 21, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 41476-7-II. Division Two. July 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00345-5, Gordon Godfrey, J., entered November 15, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42671-4-II. Division Two. July 24, 2012.]

JIMMIE ROY JEMISON, *Appellant*, v. BILLY RAY JEMISON, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-2-00693-6, James W. Lawler, J., entered September 16, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 29856-6-III. Division Three. July 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER A.L. KOKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-03371-5, Michael P. Price, J., entered April 12, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.